UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Brooke Warren
  -v-

ResMed Corp., et al
------------------------------------X

#21-cv-8531 (JFK)

The conference in this case is adjourned from December 22, 2021 to December 21, 2021 at 11:00am in Courtroom 20-C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-22-21

SO ORDERED.

Dated: New York, New York
11-22-21

/s/ John F. Keenan
JOHN F. KEENAN
United States District Judge