UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
    Brooke Warren

        -V-                          :        #21 Cv 8531 (JFK)

    ResMed Corp. and
    Apria Healthcare, LLC      :

---------------------------------X

In light of the pending motion to dismiss, the conference previously set for December 21, 2021 is cancelled.

SO ORDERED.

Dated: New York, New York

12-13-21

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-13-21