```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
BROOKE WARREN,                       :
                                     :
                    Plaintiff,       :
                                     :
     - against -                     :
                                     :   No. 21 Civ. 8531 (JFK)
                                     :          ORDER
RESMED CORP., and APRIA              :
HEALTHCARE LLC                       :
                                     :
                    Defendants.      :
------------------------------------ X
```

**JOHN F. KEENAN, United States District Judge:**

    As requested by Defendants, Oral argument on their Joint Motion to Partially Dismiss Plaintiff's First Amended Complaint in the above referenced matter will be heard on May 10, 2022, at 11:15 A.M. in Courtroom 20-C.

**SO ORDERED.**

Dated:  New York, New York
        April 6, 2022

                                            /s/ John F. Keenan
                                              John F. Keenan
                                        United States District Judge