USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROOKE WARREN,

          Plaintiff,

-against-

RESMED CORP., and APRIA HEALTHCARE LLC,

          Defendants.

1:21-cv-8531 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On June 28, 2022, the Court granted Defendants' motion to partially dismiss Plaintiff's Amended Complaint. [ECF No. 38]. In so doing, the Court stated that Plaintiff must file for leave to amend the Amended Complaint within thirty days of the Order. [ECF No. 38]. On September 6, 2022, Plaintiff requested an extension of time to file such a motion [ECF No. 39], which the Court granted [ECF No. 40]. On September 20, 2022, Plaintiff requested another extension of time [ECF No. 41], which the Court once again granted [ECF No. 44]. Plaintiff's deadline to move for leave to amend the Amended Complaint was thus extended to November 3, 2022. [ECF No. 44]. To date, however, no such motion has been filed. Accordingly, IT IS HEREBY ORDERED that Plaintiff has forfeited her opportunity to amend the Amended Complaint.

IT IS FURTHER ORDERED that Defendants must respond to the remaining portion of the Amended Complaint by November 21, 2022.

**SO ORDERED.**

Date: November 7, 2022
New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**