USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROOKE WARREN,

                Plaintiff,

-against-

RESMED CORP., and APRIA HEALTHCARE LLC,

                Defendants.

1:21-cv-8531 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Initial Pretrial Conference scheduled for January 4, 2023 is hereby adjourned sine die.

**SO ORDERED.**

**Date: January 3, 2023**
**New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**