UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROOKE WARREN,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br> RESMED CORP., et al.,<br><br>                              Defendants. | 21 Civ. 08531 (JHR)<br><br><u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

On **August 4, 2023** at **2:15 p.m.**, the Court will hold a conference to address the issues raised in the parties' July 10, 2023 letter regarding the anticipated product inspection.  *See* ECF No. 59 at 2-3.  The conference will take place by telephone.  Counsel should join the conference by dialing 646-453-4442 and entering access code 973 698 527 followed by the pound (#) sign. Members of the public may call the same number but are to keep their phones muted during the proceeding.

By **July 28, 2023**, the parties shall each submit a letter setting forth their respective positions on the "dispute between Plaintiff and Apria as to where the product inspection and data download will take place," as well as any other "outstanding issues with respect to the product inspection." *Id.* at 3.  The parties' letters are to include any applicable legal authorities and not exceed three single-spaced pages each.

By **August 2, 2023 at 5:00 p.m.**, each party may respectively submit a letter responding to the other party's letter, limited to three single-spaced pages.  No reply letters will be permitted.

SO ORDERED.

Dated: July 21, 2023
        New York, New York

JENNIFER H. REARDEN
United States District Judge