UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BROOKE WARREN,

                     Plaintiff,                       **ORDER**

          -against-                     **21-CV-8531 (JHR) (JW)**

RESMED CORP., *et al.*,

                     Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The parties are directed to file a joint status letter that provides the Court with the status of discovery. The letter shall include (1) a revised case management plan; (2) an overview of the status of discovery; and (3) what, if any, anticipated discovery disputes exist. The letter shall be no longer than 3 pages and is due by **November 7, 2025**.

      The parties are also ordered to appear for a remote telephone conference on **November 13, 2025 at 2:30 PM** for a discovery status conference. Counsel is directed to call the court's telephone conference line at the scheduled time. **Please dial +1 646-453-4442 and enter passcode 561102320#**.

      SO ORDERED.

DATED:    New York, New York
               October 21, 2025

                                                                _____
                                                                JENNIFER E. WILLIS
                                                                United States Magistrate Judge